United States District Court
Southern District of Texas

**ENTERED**

February 07, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CARO, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiffs*, | § | C. A. NO. 4:23-cv-03720 |
| v. | § § | |
| CANNONBALL TRUCKING, INC., | § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Juan Caro and Cannonball Trucking, Inc. have requested that this Court dismiss this case with prejudice to the re-filing of the same. Since this Joint Stipulation of Dismissal with Prejudice is agreed by all parties, the Court Orders:

The claims by and between the parties are dismissed with prejudice to the re-filing of same. All costs of court and to be paid by the party incurring same.

The Court will retain jurisdiction over this matter for sixty (60) days.

This resolves all matters between all parties and is a final Order disposing of the lawsuit.

It is so ORDERED.

SIGNED the 7th day of February, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE